# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  JESSE YEVERINO  
1517 QUINCY STREET  SSN-xxx-xx-6260  
ROCKFORD, IL  61103  

Case Number: 07-72157

Case filed on: 9/11/2007  
Plan Confirmed on: 12/10/2007  

D Dismissed

Total funds received and disbursed pursuant to the plan: $4,250.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 2,573.08 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 2,573.08 | 0.00 |
| 007 | MICHELLE KEINZ | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JESSE YEVERINO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SAXON MORTGAGE SERVICES INC | 18,832.61 | 1,054.87 | 1,054.87 | 0.00 |
| 002 | WINNEBAGO COUNTY TREASURER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 18,832.61 | 1,054.87 | 1,054.87 | 0.00 |
| 003 | COMED CO | 753.93 | 753.93 | 131.95 | 0.00 |
| 004 | NICOR GAS COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASSET ACCEPTANCE CORP | 585.24 | 585.24 | 102.42 | 0.00 |
| 006 | MIDLAND CREDIT MANAGEMENT INC | 505.48 | 505.48 | 88.46 | 0.00 |
|  | Total Unsecured | 1,844.65 | 1,844.65 | 322.83 | 0.00 |
|  | Grand Total: | 23,677.26 | 5,899.52 | 3,950.78 | 0.00 |

Total Paid Claimant:     $3,950.78  
Trustee Allowance:       $299.22        Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    17.50       discharging the trustee and the trustee's surety from any and all  
liablility on account of the within proceedings, and closing the estate,  
and for such other relief as is just.  Pursuant to FRBP, I hereby  
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009        By  /s/Heather M. Fagan